IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)  MUHAMMAD L. SIDDIQUE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1)  WESTERN HERITAGE INSURANCE | )  Case No.   14-cv-456-SPS |
|     COMPANY, SPECIALTY INSURANCE | ) |
|     MANAGERS OF OKLAHOMA, INC.; | ) |
|     WARDLAW CLAIMS SERVICE, LLP; | ) |
|     and DENNIS RAY EASTEP., JR., | ) |
| | ) |
|     Defendant(s). | ) |

**STIPULATION OF PARTIAL DISMISSAL**

COMES NOW, Plaintiff and Defendants, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal without prejudice of Defendants, Specialty Insurance Managers of Oklahoma., Inc., Wardlaw Claims Service, LLP., and Dennis Ray Eastep, Jr., only.  Plaintiff specifically reserves all claims and causes of actions as to any other Defendants named or unnamed.

    Respectfully submitted,

    s/J.Drew Houghton_____
    J. DREW HOUGHTON, OBA #18080
    FOSHEE & YAFFE
    P. O. Box 890420
    Oklahoma City, OK 73189
    Telephone:  (405) 232-8080
    Facsimile:  (405) 601-1103
    dhoughton@fosheeyaffe.com
    Attorneys for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants and/or in accordance with the Federal Rules of Civil Procedure:

Peter L. Wheeler
Gerald P. Green
Amy S. Neatherly
**Pierce Couch Hendrickson Baysinger & Green, L.L.P.**
P. O. Box 26350
Oklahoma City, OK  73126-0350
Telephone:     405-235-1611
Facsimile:     405-235-2904
pwheeler@piercecouch.com
jgreen@piercecouch.com
aneathery@piercecouch.com
**Attorneys for Defendant, Specialty Insurance Managers of Oklahoma, Inc.**

R. Thompson Cooper
**Pignato, Cooper, Kolker & Robertson, P.C.**
Robinson Renaissance Building
119 N. Robinson Avenue., 11th Floor
Oklahoma City, OK  73102
Telephone:     405-606-3333
Facsimile:     405-606-3334
tom@pclaw.org
**Attorneys for Defendant, Western Heritage Ins. Co.**

                s/J.Drew Houghton_____
                J. DREW HOUGHTON, OBA #18080