**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MUHAMMAD L. SIDDIQUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:14-cv-00456-SPS |
| | ) |
| WESTERN HERITAGE INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereto, by and through their undersigned attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for dismissal of this action, with prejudice, in its entirety. Each party bears his/its own costs and attorney fees.

Dated this 18th day of December, 2015.

Respectfully submitted,

*s/R. Thompson Cooper*
R. Thompson Cooper, OBA No. 15746
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   (405) 606-3333
Facsimile:   (405) 606-3334
E-mail:   tom@pclaw.org
**ATTORNEYS FOR DEFENDANT,**
**WESTERN HERITAGE INSURANCE COMPANY**

*s/J. Drew Houghton*
J. Drew Houghton, OBA No. 18080
FOSHEE & YAFFE
Post Office Box 890420
Oklahoma City, Oklahoma 73189
12231 S May Avenue
Oklahoma City, OK 73170
Telephone:    405-232-8080
Facsimile:    405-601-1103
Email:  dhoughton@fosheeyaffe.com

AND

MERLIN LAW GROUP

Larry Bache
FL State Bar No.: 91304
777 South Harbour Boulevard, 9th Floor
Tampa, Florida 33602
Telephone:    813-229-1000
Facsimile:    813-229-3692
Email:   lbache@merlinlawgroup.com

Phillip N. Sanov, OBA No. 17635959TX
Three Riverway, Suite 701
Houston, Texas 77056
Email: psanov@merlinlawgroup.com
Telephone:    713-626-8880
Facsimile:    713-626-8881
**ATTORNEYS FOR PLAINTIFF**